UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

OCT 07 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHAD PERKINS,<br>            **Defendant** | Criminal No. 1:21cr55 TSK/MJA<br><br>Violation:   18 U.S.C. § 922(g)(1)<br>               18 U.S.C. § 924(a)(2) |

## INFORMATION

The Acting United States Attorney charges that:

### COUNT ONE

On or about August 26, 2021, in Harrison County, in the Northern District of West Virginia, the defendant CHAD PERKINS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is Manufacturing a Controlled Substance (Marijuana), in the Circuit Court of Harrison County, West Virginia, case number 11-F-124-3, and Burglary, in the Circuit Court of Harrison County, West Virginia, case number 11-F-155-3, knowingly possessed 41 rounds of .22 caliber ammunition in an AR conversion drum magazine, and the ammunition was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing or willful violation of Title 18, United States Code, Section 922(g), including

> 41 rounds of .22 caliber ammunition in an AR conversion drum magazine seized in Harrison County, West Virginia on August 26, 2021.

Randolph J. Bernard
Acting United States Attorney